# Third District Court of Appeal

## State of Florida

Opinion filed August 1, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-1219
Lower Tribunal No. 13-32311
_____


**Roxanna Denis,**
Appellant,

vs.

**Carl Edouard Denis,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Judith L. Kreeger, Judge.

Roxanna Denis, in proper person.

Law Office of Pamela M. Gordon, P.A., and Pamela M. Gordon (Hollywood), for appellee.


Before FERNANDEZ, SCALES and LUCK, JJ.

SCALES, J.

Appellant Roxanna Denis ("Wife") challenges three portions of a final judgment dissolving her marriage to appellee Carl Edouard Denis ("Husband"): (i) the trial court's denial of Wife's claim for either bridge-the-gap or rehabilitative alimony; (ii) the trial court's denial of Wife's claim for attorney's fees; and (iii) the trial court's requiring of Wife to pay one-third of the minor child's uninsured medical and dental expenses.

We conclude that the trial court did not abuse its discretion in denying Wife's claims for alimony and attorney's fees, and therefore affirm these determinations without further discussion.[1] With regard to the third issue raised by Wife, however, we reverse and remand to the trial court either to: (i) require Wife to pay only 28.48 percent of the minor child's uninsured medical and dental expenses, or (ii) specify its rationale for requiring the Wife to pay one-third (i.e., 33.33 percent) of these expenses. Husband concedes that, based on Husband's Child Support Guidelines Worksheet, Wife's responsibility for these expenses should be only 28.48 percent rather than the 33.33 percent ordered in the final judgment.

---

[1] To the extent that Wife's argument is based upon the trial court's failure to recite specific factual findings warranting the denial of Wife's alimony claim, we note that Wife filed no motion for rehearing directed toward the final judgment, and the basis for the trial court's ruling is supported by the record. Broadfoot v. Broadfoot, 791 So. 2d 584, 585 (Fla. 3d DCA 2001).

Affirmed in part, reversed in part, and remanded for further proceedings consistent herewith.